

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-14-00900-CV

**IN THE INTEREST OF L.C. AND N.M., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-03030
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The appellee has filed its first motion for extension of time to file the brief in this termination of parental rights appeal, which is accelerated. In the motion, the appellee asks for an additional thirty days to file it brief. We GRANT appellee's motion; however, we advise appellee that no further extension will be granted absent written proof of extraordinary circumstances. Accordingly, appellee's brief is due in this court on or before April 23, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

Keith E. Hottle
Clerk of Court